UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-2989(DSD/HB)

Calvin Bankhead,

       Plaintiff,

v.                                  **ORDER**

Detective Paul Bonesteel,
Columbia Heights Police
Department, Detective Gary
Patterson, and Anoka County
Sheriff Department,

       Defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Hildy Bowbeer dated September 25, 2017 (R&R). The magistrate judge recommended that the court dismiss the action without prejudice for failure to prosecute. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 5] is adopted in its entirety; and
2. The case is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

October 24, 2017

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court